JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VoyagerOne Pte. Ltd., a Singapore corporation,<br><br>Plaintiff,<br><br>v.<br><br>StarFortune Interactive Entertainment Technology Co., Ltd., a Hong Kong limited corporation, and StarUnion Interactive Entertainment Technology Co., Ltd.,<br><br>Defendants. | Case No. 2:25-cv-04730-SVW-AGR<br><br>[PROPOSED] ORDER STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Dept.:  Courtroom 10A<br>Judge: Hon. Stephen V. Wilson<br><br>Complaint Filed: May 23, 2025<br>FAC Filed: August 18, 2025 |

[PROPOSED] ORDER GRANTING STIP. OF DISMISSAL;
CASE NO. 2:25-CV-04730-SVW-AGR

Pursuant to the stipulation signed by counsel for Plaintiff VoyagerOne Pte. Ltd. and Defendant StarFortune Interactive Entertainment Technology Co., Ltd. submitted concurrently herewith, and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1.    The stipulation of dismissal with prejudice is GRANTED.

Dated: June 12, 2026

_____
Hon. Stephen V. Wilson
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING STIP. OF DISMISSAL;
CASE NO. 2:25-CV-04730-SVW-AGR